# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO, CHIH-LUNG, individually and HO-HSUEH-YING, individually, and as Co-Personal Representatives of the Estate of HO, CHIH-CHENG,<br><br>Plaintiffs,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California corporation and CUTTER LABORATORIES, INC., a California corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION,<br><br>Defendants. | CASE NO.: C-06-5667 MJJ<br><br>**E-FILED**<br><br>[PROPOSED]<br>**ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING** |

Defendant Bayer Corporation submits its unopposed motion for an order to stay pretrial proceedings in this Court pending transfer of this action by the Judicial Panel on Multidistrict Litigation and for an enlargement of the time in which defendants are required to comply as to all pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the United States District

---

[PROPOSED] ORDER GRANTING MOTION TO STAY  
CASE NO. C-06-5667 MJJ

4534\MAK\284953

1

Court for the Northern District of California, without hearing. Good cause having been found,

IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed pending transfer of this action.

DATED: 11/8/2006

_____
Honorable Martin J. Jenkins
Judge of the United States District Court